UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIGUEL R. PIMENTEL, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSMAGIC, INC.,<br>ITCA INTEGRITY SERVICES B.V.,<br>ITCA INTERNATIONAL BV,<br>ITCA GLOBAL HOLDING B.V.,<br>CHRIS LUIJTEN, and<br>LICENSING TECHNOLOGIES LIMITED,<br><br>Defendants. | Civil Action No. 1:11-CV-10544-WGY |

## TRANSMAGIC, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendant TransMagic, Inc. ("TransMagic") files this corporate disclosure statement. TransMagic states that it is a Colorado corporation, does not have a parent corporation and no publicly held corporation owns an interest greater than ten percent (10%) in the corporation.

Dated: May 3, 2011.

Respectfully submitted,

TRANSMAGIC, INC.,

By its attorneys,

/s/ Robert E. Toone
Robert E. Toone, BBO #663249
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1242

1

2

                                  Daniel D. Williams, #38445
                                   (*pro hac vice* motion forthcoming)
                                  Jennifer K. Harrison, #34895
                                   (*pro hac vice* motion forthcoming)
                                  FAEGRE & BENSON LLP
                                  1900 Ninth Street
                                  Suite 200
                                  Boulder, CO  80302
                                  (303) 447-7700

## CERTIFICATE OF SERVICE

      I hereby certify that on this 3rd day of May, 2011, that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                    /s/ Robert E. Toone