UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIGUEL R. PIMENTEL, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSMAGIC, INC.,<br>ITCA INTEGRITY SERVICES B.V.,<br>ITCA INTERNATIONAL BV,<br>ITCA GLOBAL HOLDING B.V.,<br>CHRIS LUIJTEN, and<br>LICENSING TECHNOLOGIES LIMITED,<br><br>Defendants. | Civil Action No. 1:11-CV-10544-WGY<br><br>JOINT MOTION FOR STAY |

## JOINT MOTION FOR STAY

Defendant TransMagic, Inc. ("TransMagic") and Plaintiffs (collectively, the "Parties"), by and through their undersigned counsel, move this Court for an Order staying all proceedings and deadlines. In support, the Parties state as follows:

1. Counsel for Plaintiffs and for Defendant TransMagic have been diligently engaged in settlement negotiations and believe that an out-of-court resolution of Plaintiff's claims against TransMagic is likely.

2. TransMagic and Plaintiff are the only parties who have entered appearances in this case. TransMagic's answer or other response is due on Thursday, June 9.

3. TransMagic and Plaintiff jointly request that this Court stay all proceedings and deadlines in this matter while they work toward settlement. The Parties further request that they be permitted, on fifteen days' notice to the opposing Party, to move to lift the stay to move forward with the litigation.

4. If the matter has not been resolved within 60 days after the stay commences, the parties will thereafter file a status report to advise the Court of the progress of settlement negotiations.

5. There is good cause for the stay, as moving forward with motion practice, pleadings, and discovery would require needless waste of both the Parties' and the Court's resources, given the likelihood that the Parties will negotiate a settlement of the matter.

WHEREFORE, TransMagic and Plaintiff request that this Court stay all proceedings and deadlines in this matter until 15 days after any party requests that the stay be lifted. The Parties will submit a status report if the matter has not resolved within 60 days after the stay commences.

Respectfully submitted this 9th day of June, 2011.

| | |
|---|---|
| *s/* David A. Stampley | *s/* Robert E. Toone |
| David A. Stampley | Robert E. Toone, BBO #663249 |
| (*pro hac vice*) | FOLEY HOAG LLP |
| KamberLaw, LLC | 155 Seaport Boulevard |
| 100 Wall Street, 23rd Floor | Boston, MA 02210 |
| New York, New York 10005 | (617) 832-1242 |
| (212) 920-3071 | |
| dstampley@kamberlaw.com | |
| | Daniel D. Williams, #38445 |
| | (*pro hac vice*) |
| | Jennifer K. Harrison, #34895 |
| | (*pro hac vice*) |
| | FAEGRE & BENSON LLP |
| | 1900 Ninth Street |
| | Suite 200 |
| | Boulder, CO 80302 |
| | (303) 447-7700 |
| Attorneys for Plaintiffs | Attorneys for Defendant TransMagic, Inc. |

B3885075.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of June, 2011, that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Robert E. Toone

B3885075.1